UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENE LOPEZ, ET AL. | CIVIL ACTION |
| VERSUS | No.: 15-4113 |
| HAL COLLUMS CONSTRUCTION, LLC, ET AL. | SECTION: "J"(4) |

## ORDER

Having considered the parties' *Joint Motion to Approve FLSA Settlement* **(R. Doc. 39)**, the parties' Proposed Settlement Agreement (R. Doc. 39-3), and Plaintiffs' counsels' attorney's fees records,

**IT IS HEREBY ORDERED** that the Court **APPROVES** the proposed settlement as a fair and reasonable compromise of a bona fide dispute under the Fair Labor Standards Act. Accordingly, the parties' *Joint Motion to Approve FLSA Settlement* **(R. Doc. 39)** is **GRANTED**.

New Orleans, Louisiana this 16th day of February, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE